**Order entered September 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00811-CV

**STRIDE STAFFING, Appellant**

**V.**

**ANTONIO HOLLOWAY, Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-13-04380-C**

## ORDER

We **GRANT** appellee's August 27, 2014 unopposed motion for extension of briefing deadline and **ORDER** the brief be filed no later than September 19, 2014. No further extensions will be granted absent exigent circumstances.

/s/      ELIZABETH LANG-MIERS
         JUSTICE